IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER FISHER, et al., ) | CASE NO.: 1:23-cv-00808-JPH |
| ) | |
| Plaintiffs, ) | JUDGE JEFFREY P. HOPKINS |
| ) | |
| v. ) | **STIPULATED DISMISSAL** |
| ) | |
| USAA CASUALTY INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

We, the undersigned attorneys for the respective parties herein, do hereby stipulate that the above-captioned case is to be marked "Settled and Dismissed with Prejudice, parties to bear their own costs," and that the Court may enter an order accordingly, notice by the Clerk being hereby waived.

IT IS SO ORDERED.

_[signature]_
Judge

January 7, 2025
Date

LAW OFFICES OF BLAKE R. MAISLIN

*/s/ Heather M. Schisler*
Heather M. Schisler (0076626)
Maislin Professional Center
2260 Francis Lane
Cincinnati, Ohio 45206
(513)444-4444, Ext. 145
Fax: (513) 721-5557
hschisler@masilinlaw.com

*Counsel for Plaintiffs*

SUTTER O'CONNELL

*/s/ Kevin W. Kita*
Kevin W. Kita (0088029)
Tyler K. Amick (0099670)
1301 East 9th Street
3600 Erieview Tower
Cleveland, Ohio 44114
(216) 928-2200
Fax: (216) 928-4400
kkita@sutter-law.com
tamick@sutter-law.com

*Counsel for Defendant USAA CIC*

1